IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JURELL AMANTE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 14-4970 |
| | : | |
| **NICOLE E. SCHELLHAMMER AMANTE** | : | |

## ORDER

**AND NOW**, this 2nd day of September, 2014, upon consideration of the motion to proceed *in forma pauperis* and the plaintiff's complaint, it is **ORDERED** as follows:

1. The petition to proceed *in forma pauperis* (Document No. 1) is **DENIED WITHOUT PREJUDICE**;

2. If no later than **September 25, 2014**, petitioner files with the Clerk a notice that he wishes to proceed with this action and obligates himself to pay the $350.00 filing fee, this action will be reinstated and an order granting the motion to proceed *in forma pauperis* will be entered, obligating the petitioner to pay the full filing fee.
.

      /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.